FILED
DISTRICT OF WYOMING
U S DISTRICT COURT

AUG 06 2019

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice ☐ Information ☐ Complaint |
| vs<br>CURTIS J. FAUSTICH<br>Defendant | Case Number 5:19PO613-MLC |
| Violation Charged:<br>1) Discard lighted material in hazardous manner<br>2) Failure to report incident resulting in resource damage<br>3) False information<br>4) Fire left unattended and unextinguished<br>5) Under the influence of alcohol and/or drugs | Citation Number<br>1) 9114301<br>2) 9114302<br>3) 9114303<br>4) 9114304<br>5) 9114305 |
| Date Violation Notice Issued 07/26/2019 | Place YNP - North Entrance |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:26 - 10:09                    Interpreter

Date August 6, 2019                  Interpreter Telephone

Before the Honorable Mark L. Carman

| Karen Angermeier | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Cormac Bloomfield | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone
              ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to            at
    reason:

☐ Bail is set at

Petty Offenses/Misdemeanors Minute Sheet
5:19PO613-MLC

☐ Unsecured ☐ Cash/Surety ☐ P/R-No Amount
☐ Conditions of release

| **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:** |
|---|
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). |
| This consent was made ☐ orally ☐ in writing |

☑ Informed of charges and rights    Date August 6, 2019
☑ Defendant arraigned    Date August 6, 2019
☐ Court accepts plea    Defendant enters ☐ Not Guilty Plea ☑ Guilty
☐ Trial    Witnesses

☑ Disposition
    ☐ Not Guilty
    ☐ Guilty    9114301/disgard lighted material, 9114303/false info
    ☑ Dismissed    9114302, 9114304, 9114305 - all with prejudice
    ☐ Collateral Forfieted
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of    3 months, release 11/6/2019 by 12:00 pm/noon
☐ Probation for a period of    2 years
    ☐ With Supervision    ☑ Without Supervision
☑ Special Conditions of Probation

    obey all laws, pay restitution not to exceed $5000.00, pay restitution by 6/1/2021, banned from YNP during period of probation beginning at expiration of jail sentence

☐ Fine    Payable
☑ Restitution    not to exceed $5000.00    To
☐ Community Service    To
☑ Special Assessment $10, $10 ($50 total imposed and remitted - zero due)
☑ Processing fee: $ 30.00
☑ Defendant advised of right to appeal
☑ Other    US recommends guilty to discard lighted material & false info, dismiss fail to report, fire left unattended, uia; 4 months jail, no fines, $10 sa x2, $30 pf; $5000 approx restitution (final amount not received yet, within 48 hours). Remanded to custody of USMS.